In the Matter of the Application of George W. Reed, as President, and Louis A. Lavelle, as Executive Member, of the Tawawa Democratic Association, etc., and Others, Appellants, against The Board of Elections of the City of New York, for a Peremptory Order of Mandamus, etc., Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Martin, O'Malley and Glennon, JJ.

In the Matter of the Application of I. Arnold Ross of 31 West Ninety-fifth Street, Borough of Manhattan, etc., for an Order Containing Directions to S. Howard Cohen and Others, Regarding Petitions Filed from the Ninth Assembly District of New York County, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley and Glennon, JJ.; Finch, P. J., dissents and votes to reverse and grant motion as to the ninth, twenty-ninth and forty-fourth election districts.

## Second Department, September, 1933.

Filomena Rossano, Appellant, v. Lofts, Inc., Respondent.— Order in so far as it provides as a condition for the opening of plaintiff's default that plaintiff pay defendant the sum of $150 in addition to $50 taxable costs modified by striking therefrom the provision for the payment of $150, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

In the Matter of the Application of Louis Keil, Petitioner, for Certiorari Order against Elmer F. Andrews, Industrial Commissioner of the State of New York, Respondent.— Motion to amend order denied. Motion for leave to appeal to the Court of Appeals denied. Stay vacated. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

Josephine Garbarino, Appellant, v. Triest Contracting Corporation, Respondent.— On argument, order vacating preference affirmed, without costs. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

The People of the State of New York, Respondent, v. Abraham Pincus Margolies, Appellant.— Appeal dismissed on call of calendar, there being no appearance for appellant. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.